IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:96CR123**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SHON BASKINS (6) | ) | |
| _____ | ) | |

THIS MATTER IS BEFORE THE COURT upon the request of defendant Shon Baskins for an early termination of probation.

IT IS ORDERED that the clerk's office is directed to docket defendant's letter requesting an early termination of probation as a Motion for Early Termination of Probation.

IT IS FURTHER ORDERED that the Motion for Early Termination of Probation is hereby **GRANTED** effective the date of the signing of this Order.

IT IS SO ORDERED.                    Signed: April 29, 2008

Graham C. Mullen
United States District Judge